SOPHIE NILSON, as Executrix of VICTOR NILSON, Deceased, Respondent, *v.* HARRY C. OPPENHEIMER, Appellant.

Submitted April 25, 1941; decided May 22, 1941.

*John W. Trapp* for appellant.

*John A. Gleason* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY LEWIS, CONWAY and DESMOND, JJ.